UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN D. COCHRAN,

    Plaintiff,

v.                                   CASE NO: 8:09-cv-160-T-33TBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment (Doc. # 25). Plaintiff filed a response thereto (Doc. # 27).

Magistrate Judge Thomas B. McCoun III has filed his report and recommendation finding that Plaintiff's Complaint was filed untimely and that Plaintiff has failed to show extraordinary circumstances to justify equitable tolling and thus recommending that the Commissioner's motion to dismiss be granted (Doc. # 30). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge regarding the motions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Magistrate Judge's Report and Recommendation

2

(Doc. # 30) is adopted and incorporated by reference in this Order of the Court.

(2) Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment (Doc. # 25) is **GRANTED**.

(3) The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 14th day of March, 2011.

                                                                  */s/ Virginia M. Hernandez Covington*
                                                           VIRGINIA M. HERNANDEZ COVINGTON
                                                           UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record